# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00087-CR

**Briana Micole Gatson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 09741A1, THE HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Briana Micole Gatson has filed a motion to dismiss her appeal. The motion is signed by both appellant and her attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Appellant's Motion

Filed: June 28, 2018

Do Not Publish